**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**SOL I. SANTIAGO,**

    Plaintiff,

v.                                                          Case No.: **3:04-cv-984-J-16MCR**

**JO ANNE B. BARNHART, Commissioner of**
**the Social Security Administration,**

    Defendant.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

This cause is before the Court on the Report and Recommendation of the Magistrate Judge filed October 17, 2005 (Doc. #20). No objections have been filed.

After conducting an *independent* review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED:**

That the Commissioner's decision is hereby **AFFIRMED** and this case is **DISMISSED WITH PREJUDICE.** The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 9th day of November, 2005.

Copies to:
    All counsel of record

_____
JOHN H. MOORE II
United States District Judge